UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:	Case No. 17-04014-SWD

KEVIN MARK WIGGER	Chapter 7

    Debtor.	Hon. Scott W. Dales

_____/

KEVIN MARK WIGGER

v	Adv. Case No. 18-80149-SWD

STATE TREASURER,
WILLIAM A. VAN ECK,
ADA YOUNG, and
GEORGE WIGGER,

    Defendants.
_____/

## DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL

Pursuant to Federal Rule of Bankruptcy Procedure 8009(a), Defendant State Treasurer hereby designates items to be included in the record, and states the issues to be presented, on its appeal from the Judgment in an Adversary Proceeding (Docket No. 54) and Memorandum of Decision and Order (Docket No. 53) and, both entered August 26, 2019.

I.  **Pleadings/Court Documents/Exhibits**[1]

| Index # | Filing Date | Docket # | Docket Text |
|---|---|---|---|
| 1 | 11/30/2018 | 1 | Adversary case 18-80149. 65 (Dischargeability – other): Complaint by Kevin Mark Wigger against State Treasurer, William A. Van Eck, Ada Young, George Wigger. Fee is EXEMPT. |
| 2 | 12/26/2018 | 11 | Motion to Dismiss Adversary Proceeding Filed by Defendant State Treasurer (Attachments: # 1 Notice & Opportunity to Object # 2 Proposed Order # 3 Brief/Memorandum # 4 Proof of Service) |
| 3 | 01/10/2019 | 17 | Response to (related document(s): 11 Motion to Dismiss Adversary Proceeding) Filed by Plaintiff Kevin Mark Wigger (Attachments: # 1 Brief # 2 Amended Schedules A/B-C # 3 Certificate of Service) |
| 4 | 01/14/2019 | 20 | Scheduling Order (RE: related document(s)14 Motion to Dismiss and 15 Motion to Dismiss). Signed on 1/14/2019 |
| 5 | 01/15/2019 | 21 | Response to (related document(s): 17 Response) Filed by Defendant State Treasurer (Attachments: # 1 Proof of Service) |
| 6 | 02/08/2019 | 26 | Exhibit *Supplement To Defendant State Treasurer's Brief In Support Of Motion To Dismiss Case* (RE: related document(s)21 Response). (Attachments: # 1 Attachment A # 2 Proof of Service) Filed by Defendant State Treasurer |

---

[1] Designation of an item includes all exhibits, supplements, and appendices to the item.

| 7 | 02/26/2019 | 28 | Order (Related Doc # 11 Motion to Dismiss, # 14 Motion to Dismiss, # 15 Motion to Dismiss) Signed on 2/26/2019. |
| --- | --- | --- | --- |
| 8 | 03/18/2019 | 31 | Order. Signed on 3/18/2019 |
| 9 | 03/19/2019 | 32 | Supplemental Brief *Pursuant to the Court's 2/26/19 Order* (RE: related document(s) 28 Order). (Attachments: # 1 Proof of Service for ECF # 2 Proof of Service for Wigger) Filed by Defendant State Treasurer |
| 10 | 04/08/2019 | 33 | Plaintiff's Supplemental Brief in Response to Defendant State Treasurer's Supplemental Brief Pursuant to the Court's 2/26/19 Order (RE: related document(s)32 Brief, 28 Order on Motion to Dismiss Adversary Proceeding) (Attachments: # 1 Proof of Service) Filed by Plaintiff Kevin Mark Wigger |
| 11 | 04/16/2019 | 35 | Memorandum of Decision and Order. (RE: related document(s)1 Complaint filed by Plaintiff Kevin Mark Wigger, 11 Motion to Dismiss Adversary Proceeding filed by Defendant State Treasurer). |
| 12 | 04/29/2019 | 38 | Motion to Reconsider Memorandum of Decision and Order (related documents 35 Opinion and Order) Filed by Defendant State Treasurer |
| 13 | 04/30/2019 | 39 | Notice of Opportunity to Object (related documents 38 Motion to Reconsider, Reinstate, Vacate, Set Aside or Revoke) Filed by Defendant State Treasurer. (Attachments: # 1 Proof of Service) |
| 14 | 04/30/2019 | 40 | Memorandum of Decision and Order. (RE: related document(s)38 Motion to |

|  |  |  | |
|---|---|---|---|
|  |  |  | Reconsider, Reinstate, Vacate, Set Aside or Revoke filed by Defendant State Treasurer). |
| 15 | 05/02/2019 | 41 | Memorandum of Decision and Order. (RE: related document(s)37 Motion for Entry of Default Judgment filed by Plaintiff Kevin Mark Wigger). |
| 16 | 05/07/2019 | 42 | Answer to Complaint Filed by State Treasurer. (Attachments: # 1 Proof of Service) |
| 17 | 05/09/2019 | 43 | Order Establishing Dates for 7026(f) Conference, Filing Discovery Plan and Scheduling Pretrial Conference. Parties shall meet in person or telephonically at least once on or before the pretrial conference is held to satisfy requirements pursuant to FRBP 7026(f). A report signed by all parties outlining discovery plan shall be filed with the Court on or before 14 days after 7026(f) conference. Signed on: 5/9/2019. (RE: related document(s) 1 Complaint filed by Plaintiff Kevin Mark Wigger) Pre-Trial Conference set for 7/12/2019 at 11:00 AM at Judge Dales Courtroom (Courtroom A). |
| 18 | 05/17/2019 | 45 | Motion For Summary Judgment Filed by Plaintiff Kevin Mark Wigger (Attachments: # 1 Certificate of Service (Interested Parties)) |
| 19 | 06/04/2019 | 47 | Response to (related document(s): 45 Motion for Summary Judgment) Filed by Defendant State Treasurer (Attachments: # 1 Proof of Service) |

| 20 | 06/20/2019 | 48 | Request to Participate Via Telephone (RE: related document(s)1 Complaint). Filed by Plaintiff Kevin Mark Wigger |
| --- | --- | --- | --- |
| 21 | 06/20/2019 | 49 | Plaintiff's Response to State Treasurer's 47 Response to Plaintiff's 45 Motion for Summary Judgment with Proof of Service |
| 22 | 06/20/2019 | 50 | 7026 Disclosures/Discovery Report (RE: related document(s)43 Order Establishing Dates for 7026(f) Conference). (Attachments: # 1 Proof of Service) Filed by Defendant State Treasurer |
| 23 | 07/12/2019 | 51 | Order Following Pretrial Conference (RE: related document(s)1 Complaint filed by Plaintiff Kevin Mark Wigger). |
| 24 | 08/09/2019 | 52 | Brief *State Treasurer's Supplemental Brief Following Order Following Pretrial Conference* (RE: related document(s)51 Order (Generic/Motion)). (Attachments: # 1 Proof of Service) Filed by Defendant State Treasurer |
| 25 | 08/26/2019 | 53 | Memorandum of Decision and Order (RE: related document(s)1 Complaint filed by Plaintiff Kevin Mark Wigger). |
| 26 | 08/26/2019 | 54 | Judgment in an Adversary Proceeding (RE: related document(s)53 Opinion and Order). |

II. **Hearing Transcripts**

    a. Transcript of hearing held on July 12, 2019. (A request for a copy of the transcript has been filed. A copy of the request is attached hereto.)

III. **Statement of Issues**

    a. Whether the Bankruptcy Court erred in determining that the State Treasurer's lien against the Debtor's Individual Retirement Account is a judicial lien and, therefore, avoided under 11 U.S.C. §522.

    b. Whether the Bankruptcy Court erred in determining that the Debtor's Individual Retirement Account is not liable during or after the Debtor's bankruptcy case, including any claims under the State Correctional Facility Reimbursement Act, under 11 U.S.C. §522.

    c. Whether the Bankruptcy Court erred in determining that the State Treasurer's lien against the Debtor's interest in the collection of a judgment against his son is a judicial lien and, therefore, avoided to the extent of $799.21 and preserved to the extent of $11,501.58, under 11 U.S.C. §522.

    d. Whether the Bankruptcy Court erred in determining that the Debtor's interest in the collection of a judgment against his son is not liable during or after the Debtor's bankruptcy case, including any claims under the State Correctional Facility Reimbursement Act, as limited to the exempt and unencumbered portion of his interest, under 11 U.S.C. §522.

                                                                                   DANA NESSEL
                                                                                   Attorney General

*/s/ Katherine C. Kerwin*  *KCK*
KATHERINE C. KERWIN (P73070)
Attorney for Defendant State Treasurer
Assistant Attorney General
Cadillac Place Building, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI 48202
Date: September 18, 2019                       Telephone: (313) 456-0140

| **UNITED STATES BANKRUPTCY COURT - WESTERN DISTRICT OF MICHIGAN** ||
|---|---|
| Please fill out form completely. If questions, call the Clerk's Office: 616-456-2693 ||
| Debtor(s): Kevin Mark Wigger | Case No.: 17-04014-SWD |
| (If Adversary Proceeding):<br>Plaintiff(s):<br><br>Kevin Mark Wigger<br><br>vs<br>Defendant(s):<br><br>State Treasurer | Adversary Proceeding No.<br><br>18-80149-SWD |

| **REQUEST FOR TRANSCRIPT** |||
|---|---|---|
| (Complete a separate request for each hearing date) |||
| Is this request for an appeal?<br>[✓] Yes   [ ] No | Hearing Telephonic?<br>[ ] Yes   [✓] No | Date of Hearing (One per request)<br>07/12/2019 |
| Matter which you wish transcribed:<br>(Title of motion, etc)<br>Pretrial Conference || Docket No. (Optional) |
| Do you wish the entire hearing transcribed?   [✓] Yes   [ ] No |||
| If you wish less than the entire hearing transcribed, clearly describe the portion which is being requested. |||

| **FEES** |
|---|
| Transcript fees are charged per page for the number of copies and delivery time requested. You will be charged for an original transcript provided to you and any additional copies ordered. There is no charge for the copy provided to the court. <u>Please see the maximum rates printed on the next page of this form.</u> Fee must be paid directly to the transcriber. The transcriber will contact you to make payment arrangements. Delivery times commence on the date that payment arrangements are made. |
| Number of copies requested, i.e. original + additional copies (Do not include the copy provided to the court)<br><br>30-day rate  [✗]<br>14-day rate  [ ]<br>7- day rate  [ ] |
| Party Requesting Transcript:<br><br>Name       Katherine C. Kerwin (P73070)<br>Address    3030 W. Grand Blvd., Ste 10-200, Detroit, MI 48202<br>Phone      (313) 456-0140<br>Fax<br>Email       kerwink@michigan.gov |
| Date:     09/06/2019 |
| I agree to pay all transcript rates<br>/s/ *Katherine C. Kerwin* |